# EXHIBIT A[3]

---

[3] The government intends to play a compilation of video footage from doorbell cameras and cellphone videos at sentencing. The government will provide this exhibit to the Court and the defendant in advance of sentencing.

# **EXHIBIT B**



# **EXHIBIT C**

